# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| HARVEY HUGGINS | ) | 1:13-cv-01871-SEB-DKL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THORNTON TRANSPORTATION, a | ) | |
| Division of THORNTONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

The parties having so stipulated, the above-captioned cause of action is hereby ORDERED dismissed, with prejudice, costs paid.

Dated:  11/10/2014

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**Distribution to**:

*Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.*

0104393.0606062   4836-4882-6400v1